FREDERICK A. MEYER, Respondent, *v.* B. A. & G. N. WILLIAMS, Appellant.

*Meyer* v. *Williams*, 134 App. Div. 963, affirmed.
(Argued March 27, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 9, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant.

*John Vernou Bouvier, Jr., Dudley Davis* and *Frank V. Johnson* for appellant.

*Charles Steckler, Alfred Steckler* and *Levin L. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, CHASE and COLLIN, JJ.